**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States Department of Labor,**

**Petitioner,**

**v.**

**Jara Construction Inc., *et al.*,**

**Respondents.**

**Case No. 2:24-cv-4308**

**Judge Michael H. Watson**

**Magistrate Judge Shimeall**

**ORDER**

This Court previously granted the Secretary of the United States Department of Labor's ("Petitioner") Petition to enforce an administrative subpoena and ordered Jara Construction Inc. and Celinda Fregoso (together, "Respondents") to produce certain documents. ECF No. 4.

Respondents failed to comply with that Order, and Petitioner moved to find Respondents in contempt. ECF No. 7.

The Magistrate Judge held a show cause hearing on July 9, 2026, and issued a Report and Recommendation ("R&R"), recommending, *inter alia*, that the Court hold Respondents in civil contempt and impose a fine of $50.00 per day, jointly and severally, until they comply with the Court's Order. ECF No. 17. The R&R notified the parties of their right to object to that recommendation. *Id.* The R&R was served on Respondents on July 17, 2026, and the Court permitted fourteen days from the date of service for objections, but none were filed.

Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review. *See* Fed. R. Civ. P. 72(b)(3). The Court **HOLDS** Respondents in civil contempt and imposes a $50.00 daily fine on Respondents, jointly and severally, until Respondents comply with the Court's June 18, 2025, Order. Any daily fine paid as a result of this Order **SHALL** be maintained in the Court's escrow account for a period of three years or until the Secretary of Labor files an enforcement action against Jara Construction and/or Celinda Fregoso and receives a favorable final judgment that includes, among other things, a monetary damages award, whichever is sooner. Respondents are **ORDERED** to pay Petitioner's reasonable attorney's fees and costs incurred in prosecuting the Petition at issue in this case.[1] Enforcement of this Order **SHALL** be held in abeyance through September 2, 2026, to permit Respondents one final opportunity to comply with the Court's Order, but the fine shall begin to accrue starting on September 3, 2026, if Respondents have not purged the contempt by September 2, 2026.

**IT IS SO ORDERED.**

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] If Petitioner intends to collect on this aspect of the contempt order, Petitioner shall file a separate motion with the Court setting forth its reasonable attorney's fees and costs.